[No. 3813-1-III.  Division Three.  October 2, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN ROWLAND MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 80-1-00045-5, Philip J. Thompson, J., entered February 1, 1980. *Reversed* by unpublished opinion per Green, C.J., concurred in by McInturff and Roe, JJ.

[No. 7723-6-I.  Division One.  October 6, 1980.]

D & F ENTERPRISES, INC., *Respondent,* v. HOTEL, MOTEL, RESTAURANT EMPLOYEES AND BARTENDERS UNION LOCAL 8, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 863093, Barbara J. Rothstein, J., entered June 15, 1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Andersen and Durham–Divelbiss, JJ.

[No. 7911-5-I.  Division One.  October 6, 1980.]

LELAND FLOYD McELFRESH, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 846067, Norman B. Ackley, J., entered August 13, 1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Callow, C.J., and Pearson, J.

[No. 7758-9-I.  Division One.  October 6, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES RAY SLEDGE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10172, Jack S. Kurtz, J., entered June 2, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Callow, C.J., and Swanson, J.